# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Easton Diamond Sports LLC,<br><br>Plaintiff,<br><br>v.<br><br>Proton Sports Incorporated,<br><br>Defendant. | No. CV-21-01655-PHX-JJT<br><br>**ORDER** |

UPON review of the parties' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 22), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 22). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED vacating the Clerk's Entry of Default (Doc. 14) and that all pending motions (Doc. 20) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 8th day of March, 2022.

Honorable John J. Tuchi
United States District Judge